**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK ANTHONY MILLER,** :  :   Petitioner : : v. : : **U.S. PAROLE COMMISSION,** : :   Respondent : | CIVIL NO. 3:CV-11-0993  (Judge Caputo) |

**O R D E R**

**AND NOW**, this **2nd** day of **APRIL, 2015,** for the reasons discussed in the accompanying memorandum, it is hereby ordered that:

    1.  Mr. Miller's 28 U.S.C. § 2241 habeas petition (Doc. 1) is **DENIED**.

    2.  Mr. Miller's motion to proceed *in forma pauperis* is **DENIED** as moot.

    3.  The Clerk of Court is directed to close this case.

                                            /s/ A. Richard Caputo
                                            **A. RICHARD CAPUTO**
                                            **United States District Judge**